UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AURORA MORRISON, on behalf of herself
And others similarly situated,
                       Plaintiff,

      -against-                                    18 **CIVIL** 531 (VB)

## JUDGMENT

BARCEL U.S.A., LLC,
                       Defendants.
-----------------------------------------------------------X



        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 2, 2018, defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          January 3, 2019

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                                                  **BY:**
                                                                **Deputy Clerk**

                                                     **THIS DOCUMENT WAS ENTERED**
                                                     **ON THE DOCKET ON** 1/3/2019